Jacob Tanzer (argued), Asst. Atty. Gen., Lee Johnson, Oregon Atty. Gen., Salem, Or., for appellee.

Before HAMLEY, KOELSCH and WRIGHT, Circuit Judges.

PER CURIAM:

Zauner appeals from the district court's denial of his petition for a writ of habeas corpus. We have assumed jurisdiction under Rule 22(b) of the F.R. App.Proc. and affirm.

Appellant committed a felony murder at age 16 and was convicted. He complains that Oregon law required the juvenile court to determine first that he committed the offense before remanding him to the state trial court for trial. The Oregon Supreme Court has held otherwise.

We affirm for the reasons stated in the district court's opinion. Zauner v. Cupp, Warden, 320 F.Supp. 333 (D.C. Or.1969).

G. Rayborn, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and CONTI, District Judge.

PER CURIAM:

The judgment of conviction in this Dyer Act case is affirmed.

On the particular record here we find no error in denying a subpoena of a distant witness, in denying a subpoena for telephone company records in Florida, or in denying the appointment of an investigator. We find the *Miranda* (Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694) point without merit. *See* United States v. Hilliker, 9 Cir., 436 F.2d 101, decided December 11, 1970.

Other points not here mentioned we find without merit.

**Robert Edward William COWLING, Appellant,**

v.

**Warden Walter E. CRAVEN and the People of the State of California, Appellees.**

**No. 22141.**

United States Court of Appeals, Ninth Circuit.

Jan. 26, 1971.

Nelson P. Kempsky (argued), Deputy Atty. Gen., Evelle J. Younger, Cal. Atty. Gen., Sacramento, Cal., for appellant.

Robert Edw. Wm. Cowling (argued), in pro. per.

Phill Silver, Hollywood, Cal., for appellees.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**John Patrick George HASLAM, III, Appellant.**

**No. 25442.**

United States Court of Appeals, Ninth Circuit.

Jan. 5, 1971.

David K. Yamakawa, Jr. (argued), San Francisco, Cal., for appellant.

Alan H. Friedman (argued), Asst. U. S. Atty., Robert L. Meyer, David R. Nissen, Chief, Criminal Division, George